UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB W. WHITLEY,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br>              Defendant. | Case No. C10-460-RAJ-BAT<br><br>**REPORT AND<br>RECOMMENDATION** |

Plaintiff Jacob W. Whitley seeks judicial review of the denial of his application for Supplemental Security Income disability benefits and Disability Insurance Benefits by the Commissioner of the Social Security Administration.  Dkt. 15.  The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 19.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings as set forth below:

    On remand, the Administrative Law Judge ("ALJ") should evaluate the statements of Alan J. Shurman, M.D. and Larry S. Green, M.D.   The ALJ shall also evaluate plaintiff's mental impairments.  The favorable portion of the ALJ's September 14, 2007 decision shall not be

REPORT AND RECOMMENDATION – 1

1  disturbed.

2  The Court also recommends plaintiff's application for costs and reasonable attorney's fees
3  be considered under 28 U.S.C. § 2412 upon proper request to the Court.

4  Because the parties have stipulated that the case be remanded as set forth above, the Court
5  recommends that United States District Judge Richard A. Jones immediately approve this Report
6  and Recommendation and order the case **REVERSED** and **REMANDED** for further
7  administrative proceedings. A proposed order accompanies this Report and Recommendation.

8  DATED this 28th day of October, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2