UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB W. WHITLEY, II,

          Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration,

          Defendant.

Case No. C10-460-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3)    The favorable portion of the ALJ's September 14, 2007 decision shall not be disturbed.

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge

///

///

ORDER - 1

1  Tsuchida.

2      DATED this 1st day of November, 2010.

3

4

5

6                                            _____

7                                            The Honorable Richard A. Jones
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2